# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KENNETH PARISIAN,<br><br>　　　　Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA and VISTA STAFFING SOLUTIONS, INC.,<br><br>　　　　Defendants. | CV 20-124-GF-BMM<br>Judge:  Brian M. Morris<br><br>**ORDER VACATING THE SCHEDULING ORDER DEADLINES** |

Upon review of the Parties' Joint and Unopposed Motion to Vacate the Scheduling Deadlines and for good cause appearing:

IT IS HEREBY ORDERED that the Parties' Joint and Unopposed Motion to Vacate the Scheduling Deadlines is GRANTED; and

IT IS FURTHER ORDERED that the Scheduling Order deadlines in this matter are VACATED, including as set forth in the Court's Scheduling Order dated May 25, 2022 (Dkt. 33) and the Court's Order Amending Certain Deadlines in the Scheduling Order dated October 6, 2022 (Dkt. 37).

Dated this the 13th day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court